UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SECURITY PEOPLE, INC.,

    Plaintiff,

v.

OJMAR US, LLC,

    Defendant.

Case No. 15-cv-02352-WHO

**ORDER OF DISMISSAL**

Pursuant to notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1), **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: July 1, 2015

_____
WILLIAM H. ORRICK
United States District Judge